IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk  
United States District Court

DATE: April 14, 2011

RE: 10-92864-MGD  
Bankruptcy Case No.

Thelma Owens  
Debtor(s)

AND/OR

Thelma Owens  
Appellant

vs

Mary Ida Townson, Chapter 13 Trustee;  
GMAC Mortgage, McCurdy Candler, LLC;  
Chase Mortgage and Clayton County Tax Commissioner  
Appellee

## SUBMISSION SHEET

Submitted on:

- ☒ Notice of Appeal filed 03/15/11 - Doc. No. 34
- ☒ File date of Order being appealed from 2/23/11 and 3/9/11 - Doc. No. 27 & 31  
  Appellant - Thelma Owens  
  Appellee - Mary Ida Townson, Chapter 13 Trustee; GMAC Mortgage, McCurdy LLC; Chse Mortgage and Clayton County Tax Commissoner
- ☐ Motion for Leave to Appeal by Thelma Owens  
  from order/judgment entered
- ☐ Motion for Withdrawal filed by
  - ☐ w/obj.
  - ☐ w/out obj.
- ☐ Proposed Findings of Fact/Conclusions of Law by
  - ☐ w/obj.
  - ☐ w/out obj.
- ☐ Report and Recommendations
  - ☐ w/obj.
  - ☐ w/out obj.
- ☐ Supplemental Record to USDC Case No.
- ☐ Other:

Contents of Record:

- ☐ Entire Record  ☒ Designated items of  ☒ Appellant(s) Thelma Owens  ☐ Appellee

Filing Fee Paid - ☐ Yes  ☒ No

In Forma Pauperis - ☐ GRANTED  ☐ DENIED

(1) Volumes of Record  
Volumes of Transcript/Depositions  
[# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:  
USDC Case Number:  
USDC Judge Assignment:  
Previous case numbers in related appeal cases:

FROM: M. Regina Thomas, Clerk  
United States Bankruptcy Court

Please return a "received" stamped copy showing case number and Judge Assignment

**F08 (submusdc.roa) (Rev. 10-2009)**

By: *Ann King*
Ann King, Deputy Clerk

**USDC Number/Judge**