FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 26 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THELMA OWENS | : | |
| Debtor-Appellant. | : | Chapter 13<br>Bankruptcy Case No.:<br>10-92864 - MGD |
| v. | : | |
| GMAC Mortgage LLC | : | Civil Action File Number:<br>1:11 – CV – 1217 - TCB |
| Appellees. | : | |
| | : | |
| In Re Thelma Owens | : | |
| Debtor. | : | |
| | : | |

## MOTION FOR RECONSIDERATION
## OF JUDGMENT

COMES NOW, Thelma Owens, Debtor-Appellant herein and seek this Motion for Reconsideration of the "Judgment" dated April 21, 2011 and entered into the Clerk's Office of the United States District Court on April 22, 2011 dismissing Appellant's Appeal in this Bankruptcy for the following reason:

1. When Appellant herein filed Appellant's Notice of Appeal in the United States Bankruptcy Court Appellant was not informed that the fee should be paid at that time. Even when Appellant inquired as to when the fee should be paid Appellant was told that Appellant would receive a bill.

2. Appellant did not receive a bill for the said fee.

3. When Appellant called the court to inquire about the fee Appellant was told to speak with a Greg Mitchell, Case Administrator of Appeals. Appellant called and left a

1

message for Mr. Mitchell, but as of this date Appellant have received no response from the said Mr. Mitchell.

It is respectfully requested that Appellant be allowed to pay the required fee and Appellant's Appeal in this action move forth in the allocated procedural process, and for such other and further relief as the court deems just.

Date: April 26, 2011

_____
Thelma Owens, Appellant

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THELMA OWENS | : | |
| | | Chapter 13 |
| Debtor-Appellant. | : | Bankruptcy Case No.: |
| | | 10-92864 - MGD |
| v. | : | |
| | | |
| GMAC Mortgage LLC | : | Civil Action File Number: |
| | | 1:11 – CV – 1217 - TCB |
| Appellees. | : | |

| | |
|---|---|
| | : |
| In Re Thelma Owens | : |
| | |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I have this date served the said Motion For

Reconsideration upon the following parties by depositing the same in the United States

Mail with proper postage thereon:

Mary Ida Townson, United States Trustee
303 Peachtree Center NE, Suite 3700
Atlanta, GA 30303

McCurdy Candler LLC
Sidney Gelernter, Esq.
Attorney for GMAC
Six Piedmont Center, Suite 700
Atlanta, GA 30305

GMAC Mortgage
PO Box 205
Waterloo, IA 50704

Chase Mortgage
PO Box 509011
San Diego, CA 92127

Clayton County Tax Commissioner
121 South McDonough St
Jonesboro, GA 30236

Dated: April 26, 2011

_____
Thelma Owens, Debtor-Appellant