IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THELMA OWENS,<br><br> Appellant,<br><br>v.<br><br>GMAC MORTGAGE, LCC, et al.,<br><br> Appellees.<br>_____<br><br>In re THELMA OWENS,<br><br> Debtor. | CIVIL ACTION FILE<br><br>NUMBER 1:11-cv-1217-TCB |

### ORDER

Before the Court are Appellant Thelma Owens's motions for reconsideration [4,5] of the Court's order dismissing her bankruptcy appeal for failure to pay the filing fee or to seek leave to proceed *in forma pauperis* [2] and the Clerk's judgment [3]. After careful consideration, Appellant's motions are DENIED.

IT IS SO ORDERED this 2nd day of May, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge